IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD McCISKILL,
    Plaintiff,

vs.                                      Case No. 3:09cv298/MCR/EMT

ROCKY SMITH,
    Defendant.
_____/

## O R D E R

    This cause is before the court on Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Doc. 1). Leave to proceed in forma pauperis has been granted (Doc. 5).

    Upon review of Plaintiff's allegations, it appears that service of the complaint upon Defendant is appropriate. Before the court will direct service, however, Plaintiff must submit one complete and identical copy of his complaint (Doc. 1). Upon receipt of the service copy, the court will direct the United States Marshals Service to serve Defendant. Because Plaintiff is proceeding in forma pauperis, he is not responsible for the costs of service.[1]

    Accordingly, it is **ORDERED**:

    1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall submit one identical and complete copy of his complaint (Doc. 1). This case number should be written on the copy.

    2.    Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

    **DONE AND ORDERED** this 23rd day of March 2010.

---

[1] Plaintiff is reminded of his continued obligation to submit monthly installment payments to the court until the filing fee is paid in full.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**