IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD McCISKILL,
 Plaintiff,

vs.             Case No. 3:09cv298/MCR/EMT

ROCKY SMITH,
 Defendant.

_____/

**O R D E R**

 Plaintiff, an inmate proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The complaint is sufficient to alert Defendant to the nature and basis of Plaintiff's claim. Because Plaintiff has complied with the order directing him to submit a service copy of the complaint (Docs. 6, 8), service is now appropriate.

 Accordingly, it is **ORDERED:**

 1. The docket shall reflect that there is one Defendant in this action: **Officer Rocky Smith.**

 2. The clerk shall issue a summons, indicating that Defendant has **SIXTY (60) DAYS** in which to file a response to the complaint, and refer the summons to the United States Marshal, along with the service copy of Plaintiff's complaint.

 3. The clerk shall also prepare and send the Marshal a copy of this order for the named Defendant.

 4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Terry Shaner** is specially appointed to serve process upon Defendant at Santa Rosa Correctional Institution. In the absence of **Terry Shaner,** the specially appointed process server designated above, **Janine Cannon**, is designated as an alternate server and shall comply with this order as though issued in her name.

5. Within **THIRTY (30) DAYS** from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the civil rights complaint, a summons, and this order upon Defendant. Service shall be accomplished **by mailing these documents by regular mail to the above-named special process server who shall serve the complaint.** All costs of service shall be advanced by the United States.

6. Within **TEN (10) DAYS** after receipt of the complaint and this order, **Terry Shaner,** shall **serve the complaint upon the individual named above, complete** and **sign** the return of service, and **return** it to the clerk of court as proof of service. The Defendant shall also sign the return of service as an acknowledgment of receipt of service.

7. If the Defendant is no longer employed at the designated institution or facility, or is otherwise unable to be served, the server shall report this information to the clerk of court within **TEN (10) DAYS** after receipt of the complaint and this order. If service is returned unexecuted, or if a return is not filed within **FORTY-FIVE (45) DAYS** from the date of this order, the clerk of court shall immediately notify chambers.

8. Defendant shall have **SIXTY (60) DAYS** in which to file a response to the complaint.

9. No motion for summary judgment shall be filed by either party prior to entry of an Initial Scheduling Order without permission of the court.

10. Counsel for Defendant shall file a notice of appearance within **THIRTY (30) DAYS** of the date of service.

11. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

12. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, the form should be signed by Plaintiff and forwarded to counsel for Defendant, who, if Defendant consents, shall sign and return the form to the clerk of court.

13. After a notice of appearance has been filed, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for

consideration by the court. Plaintiff shall include with each pleading, motion, or other paper to be filed with the clerk of the court a certificate stating the date an identical copy of the paper was mailed to Defendant or to the attorney representing Defendant. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.

14. Plaintiff is reminded to keep the clerk of court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated. Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute should court orders not be able to reach Plaintiff.

15. The clerk of court shall return this file to the undersigned no later than **May 26, 2010.**

**DONE AND ORDERED** this 14th day of April 2010.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**