IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD McCISKILL,
    Plaintiff,

vs.                                                 Case No. 3:09cv298/MCR/EMT

ROCKY SMITH,
    Defendant.
_____/

**O R D E R**

This cause is before the court upon referral from the clerk. Plaintiff proceeds pro se and in forma pauperis. On April 14, 2010, the court directed the United States Marshals Service ("USMS") to effect service upon Defendant Smith by mailing the required documents to him at his place of employment, Santa Rosa Correctional Institution (Doc. 10). On May 10, 2010, the court was notified that efforts to serve Defendant Smith were unsuccessful (Doc. 14). Service of process was returned unexecuted because Defendant Smith reportedly is no longer employed at Santa Rosa Correctional Institution (*see id.*).

It seems unlikely that Plaintiff, due to his incarceration, will be able to obtain information as to Defendant's Smith current whereabouts without engaging in discovery. Discovery, however, is premature at this time. Therefore, Santa Rosa Correctional Institution shall be required to appear for Defendant, provide his address in confidence to the USMS, or advise the court that neither alternative is possible.

Accordingly, it is **ORDERED**:

1. The clerk shall issue a summons for Defendant Smith, indicating that Defendant Smith has sixty (60) days in which to file a response to the complaint.

2. The clerk shall send the summons, a copy of this order, and a copy of the complaint (Doc. 1) to Terry Shaner, Litigation Coordinator of Santa Rosa Correctional Institution, 5850 E. Milton Road, Milton, FL 32583.

3. Santa Rosa Correctional Institution shall have **thirty (30) days** from the date this order is entered on the docket in which to either: (1) inform the USMS (specifically, <u>Jennifer Tallarico of the USMS office in Tallahassee</u>) in confidence of Defendant Smith's last known address, (2) enter an appearance on Defendant Smith's behalf, or (3) advise the court that neither alternative is possible. If the address is provided to the USMS, the Deputy Director of Santa Rosa Correctional Institution shall file a notice with the court that this has been done. <u>In such event, the Deputy Director of Santa Rosa Correctional Institution shall also forward to the USMS the copy of this order, the summons, and the service copy of the complaint</u>. **The USMS shall protect the confidentiality of any address provided by Santa Rosa Correctional Institution as required by Florida law and shall not disclose any such information on any document filed with the court.**

4. If the Deputy Director of Santa Rosa Correctional Institution provides the USMS with the last known address of Defendant Smith and notifies the court that this has been done, the court will issue further instructions for service of process.

**DONE AND ORDERED** this <u>18</u>th day of May 2010.

>/s/ *Elizabeth M. Timothy*
> **ELIZABETH M. TIMOTHY**
> **UNITED STATES MAGISTRATE JUDGE**