IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD McCISKILL,
    Plaintiff,

vs.                                            Case No. 3:09cv298/MCR/EMT

ROCKY SMITH,
    Defendant.
_____/

**O R D E R**

    Plaintiff proceeds pro se and in forma pauperis in this action. On April 14, 2010, the court directed the United States Marshals Service ("USMS") to effect service upon Defendant Smith by mailing the required documents to him at his place of employment, Santa Rosa Correctional Institution (Doc. 10). On May 10, 2010, the court was notified that efforts to serve Defendant Smith were unsuccessful (Doc. 14). Service of process was returned unexecuted because Defendant Smith reportedly is no longer employed at Santa Rosa Correctional Institution (*see id.*). By order dated May 18, 2010, the court then directed Santa Rosa Correctional Institution to appear for Defendant, provide his address in confidence to the USMS, or advise the court that neither alternative is possible (Doc. 15). Santa Rosa Correctional Institution was directed to comply with the order within thirty days, *i.e.,* no later than June 18, 2010 (*see id.*).

    Plaintiff has filed a notice with the court which provides the following address for Defendant Smith: 10810 Hatcher Street, Milton, FL 32583 (Doc. 18). While the court has not determined that this an accurate address, Santa Rosa Correctional Institution is nevertheless hereby advised of the address by this order in the event it assists with service of Defendant. The court's May 18, 2010, order remains in effect, including the directive that the USMS protect the confidentiality of Defendant's address (even if Defendant is served at the address provided by Plaintiff), and Santa Rosa Correctional Institution shall respond to the May 18 order as previously directed.

Accordingly, it is **ORDERED**:

The clerk shall send a copy of this order to Terry Shaner, Litigation Coordinator of Santa Rosa Correctional Institution, 5850 E. Milton Road, Milton, FL 32583.

**DONE AND ORDERED** this 27th day of May 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**