IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD McCISKILL,
    Plaintiff,

vs.                                Case No. 3:09cv298/MCR/EMT

ROCKY SMITH,
    Defendant.
_____/

## O R D E R

This matter is before the court on the "Notice to Court Regarding Service of Process for Defendant," filed at the court's direction by the Florida Department of Corrections ("DOC") (Doc. 22). Before the court will direct service on Defendant Smith at the address provided by the DOC, Plaintiff must sign and return a completed Notice of Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners Proceeding In Forma Pauperis) form for Defendant. A copy of this form shall be provided to Plaintiff by the clerk. Upon receipt of the signed Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners Proceeding In Forma Pauperis) form, the court will direct the United States Marshals Service to serve Defendant.

Accordingly, it is **ORDERED**:

1.    The clerk of court shall prepare a Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners Proceeding In Forma Pauperis) form for Defendant and send it to Plaintiff.[1]

2.    Within **TWENTY-ONE (21) DAYS** from the date of docketing of this order, Plaintiff shall submit a completed Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners Proceeding In Forma Pauperis).

---

[1] The clerk shall fill in the caption, case number, and name of Defendant on the form. Additionally, the clerk shall fill in "30" in the space indicating the number of days within which Defendant must return the signed waiver.

3. Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 5<u>th</u> day of October 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**